# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 419-136 |
| | ) |
| v. | ) |
| | ) |
| ELYSE R. WILLIAMS | ) |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the information against ELYS R. WILLIAMS is GRANTED. The information is hereby dismissed without prejudice.

So ORDERED, this 25th day of August, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA